DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:     (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYNELL McPHERSON individually and on behalf of the ESTATE of DARRYL McPHERSON; CECILIA McPHERSON, FRANKIE McPHERSON and the ESTATE OF DARRYL McPHERSON,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL HENNESSY, in his capacity as Sheriff for the CITY AND COUNTY OF SAN FRANCISCO; Dr. JOE GOLDENSON, in his official capacity as Director of JAIL HEALTH SERVICES for the CITY and COUNTY OF SAN FRANCISCO; and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. C08-05567 MMC<br><br>**STIPULATION RE ADR ; ORDER THEREON** |

The parties hereby select mediation as their ADR method.

Dated:  February 11, 2009

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        MEGHAN K. HIGGINS
                        Deputy City Attorneys

                          -/s/-    Scott D. Wiener
                   By:_____
                        SCOTT D. WIENER

                        Attorneys for Defendants

Dated:  February 11, 2009

                        LAW OFFICES OF JOHN BURRIS

                          -/s/-    Adante Pointer
                   By:_____
                        ADANTE POINTER

                        Attorneys for PlaintiffS

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**ORDER**

Pursuant to the parties' stipulation, the above-titled action is hereby referred to the mediation division of the Court's ADR program.  The deadline to complete mediation is 90 days from the date of this order.

IT IS SO ORDERED

Dated: February 13, 2009

                        Maxine M. Chesney
                        United States District Judge

Stipulation re ADR
McPherson, et al. v. CCSF, et al. – USDC No. C08-05567 MMC
1
n:\lit\li2009\090681\00537936.doc