1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorneys
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 GAYNELL McPHERSON individually          Case No. C08-05567 MMC
   and on behalf of the ESTATE of
11 DARRYL McPHERSON; CECILIA               **STIPULATION TO CONTINUE**
   McPHERSON, FRANKIE McPHERSON            **INITIAL CASE MANAGEMENT**
12 and the ESTATE OF DARRYL                **CONFERENCE; ORDER THEREON**
   McPHERSON,
13
              Plaintiffs,
14
              vs.
15
   CITY AND COUNTY OF SAN
16 FRANCISCO, a municipal corporation;
   MICHAEL HENNESSY, in his capacity
17 as Sheriff for the CITY AND COUNTY
   OF SAN FRANCISCO; Dr. JOE
18 GOLDENSON, in his official capacity as
   Director of JAIL HEALTH SERVICES
19 for the CITY and COUNTY OF SAN
   FRANCISCO; and DOES 1-100,
20 inclusive,

21            Defendants.

22

23

24

25

26

27

28

Stipulation re CMC                                    n:\lit\li2009\090681\00543516.doc
McPherson, et al. v. CCSF, et al. – USDC No. C08-05567 MMC

1    WHEREAS the initial case management conference in this matter is scheduled for March 20, 2009, at 10:30 a.m.;

3    WHEREAS Deputy City Attorney Scott Wiener, lead trial counsel to Defendants, is scheduled to be in a court-ordered federal mediation in *Cotterill v. City and County of San Francisco, et al.*, Case No. C08-2295 JSW, on that same day;

6    WHEREAS the parties are in agreement that a continuance of the CMC is therefore necessary;

8    AND WHEREAS the first Friday after March 20 that Deputy City Attorney Wiener is available is April 24, 2009;

10    THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, to continue the initial case management conference to April 24, 2009, at 10:30 a.m.

Dated:  March 11, 2009

>                        DENNIS J. HERRERA
>                        City Attorney
>                        JOANNE HOEPER
>                        Chief Trial Deputy
>                        SCOTT D. WIENER
>                        MEGHAN K. HIGGINS
>                        Deputy City Attorneys
>
>                            -/s/-    Scott D. Wiener
>                        By:_____
>                        SCOTT D. WIENER
>
>                        Attorneys for Defendants

Dated:  March 11, 2009

>                        LAW OFFICES OF JOHN BURRIS
>
>                            -/s/-    Adante Pointer
>                        By:_____
>                        ADANTE POINTER
>
>                        Attorneys for Plaintiffs
>
>                        *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

1  ORDER

2  Based on the foregoing stipulation and good cause appearing, the Court hereby ORDERS

3  that the initial case management conference is continued to Friday ~~April 24~~ May 1, 2009, at 10:30 a.m.

4

5

6  Dated: March 12, 2009          _____
                                   HON. MAXINE M. CHESNEY
7                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28