United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYNELL McPHERSON, et al.,

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

                              /

No. C-08-5567 MMC

**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST FOR ORDER DIRECTED TO THIRD PARTY**

       Before the Court is the parties' "Stipulation and [Proposed] Order Regarding Certain Photographs and Video of Decedent," filed April 29, 2009, by which the parties request an order directing the San Francisco Police Department and Medical Examiner to produce certain photographs and videos of decedent Darryl McPherson.  If, as counsel state, a Court order is necessary to compel such production, the Court assumes any such order must be supported by a showing of good cause, whether under California statutory or other relevant law.  The instant stipulation, without more, fails to make that showing.

       Accordingly, approval of the above-referenced stipulation is hereby DENIED, without prejudice to the parties' filing a renewed stipulation in which they make the required showing of good cause.

       **IT IS SO ORDERED.**

Dated:  April 30, 2009



MAXINE M. CHESNEY
United States District Judge