| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Deputy |
| 3 | SCOTT D. WIENER, State Bar #189266 |
| | JOSHUA S. WHITE, State Bar #237223 |
| 4 | Deputy City Attorneys |
| | 1390 Market Street, 7th Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone:     (415) 554-4283 |
| 6 | Telephone:     (415) 554-4259 |
| | Facsimile:     (415) 554-3837 |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL HENNESSY AND DR. JOE GOLDENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYNELL McPHERSON individually and on behalf of the ESTATE of DARRYL McPHERSON; CECILIA McPHERSON, FRANKIE McPHERSON and the ESTATE OF DARRYL McPHERSON, | Case No. C08-05567 MMC |
| | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL HENNESSY, in his capacity as Sheriff for the CITY AND COUNTY OF SAN FRANCISCO; Dr. JOE GOLDENSON, in his official capacity as Director of JAIL HEALTH SERVICES for the CITY and COUNTY OF SAN FRANCISCO; and DOES 1-100, inclusive, | |
| Defendants. | |

STIPULATION AND ORDER RE DISMISSAL
McPherson, et al. v. CCSF, et al. – USDC No. C08-05567 MMC

n:\lit\li2009\090681\00580672.doc

The parties hereby agree and stipulate as follows:

1. Plaintiffs Gaynell McPherson, individually and on behalf of the Estate of Darryl McPherson, Cecilia McPherson, Frankie McPherson, and the Estate of Darryl McPherson, hereby dismiss with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys fees.

Dated: September 11, 2009

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        JOSHUA S. WHITE
        Deputy City Attorneys

         -/s/-   Joshua S. White
By:_____
        JOSHUA S. WHITE
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        MICHAEL HENNESSY AND DR. JOE GOLDENSON

Dated: September 15, 2009

        LAW OFFICES OF JOHN BURRIS

         -/s/-   John Burris
By:_____
        JOHN BURRIS
        Attorney for Plaintiffs GAYNELL McPHERSON individually and on behalf of the ESTATE of DARRYL McPHERSON; CECILIA McPHERSON, FRANKIE McPHERSON and the ESTATE OF DARRYL McPHERSON

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]

Dated: September 18, 2009